JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00742-CW |
|     Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
|     v. | |
| SIMHA FURAHA, | |
|     Defendant. | |

TO:    The Honorable Laurel Beeler, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SIMHA FURAHA (CDC F63334), whose place of custody and jailor are set forth in the requested Writ, attached

////

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-09-00742-CW

1  hereto.  The prisoner is required as the defendant in the above-entitled matter in this Court, and
2  therefore petitioner prays that this Court issue the Writ as presented.
3
4  Dated: February 16, 2010                    Respectfully submitted,
5                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
6
7
                                                _____/s/_____
8                                               JAMES C. MANN
                                                Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-09-00742-CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SIMHA FURAHA,<br><br>    Defendant. | No. CR-09-00742-CW<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant SIMHA FURAHA (CDC F63334) before the Hon. Claudia Wilken, United States District Court Judge, at 2:00 p.m. on Wednesday, February 24, 2010 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: February 17, 2010

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [~~PROPOSED~~] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-09-00742-CW